1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)

5  Assistant United States Attorney

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
7  Telephone: (415) 436-6758
   FAX: (415) 436-7234
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
                                          )   No.  3  08  70235
14  UNITED STATES OF AMERICA              )
                                          )
15        v.                              )   Notice Of Motion To Seal
                                          )
16  GREGORY ALLEN WEISS,                  )
                                          )
17        Defendant.                      )
                                          )
18                                        )
                                          )
19  _____  )

20      The Government respectfully submits this motion to request that the Complaint charging
21  Gregory Allen Weiss, sworn to by Special Agent Joshua Craven of the Drug Enforcement
22  Administration on April 17, 2008, and any related documents and records, be placed under seal.
23  The Complaint charges Weiss with narcotics-related crimes that carry a mandatory minimum
24  sentence of ten years' imprisonment and a maximum sentence of life imprisonment. According
25  to Weiss "rap sheet," he has prior California state court felony convictions for narcotics
26  distribution and firearms possession. Accordingly, the Government respectfully submits that
27  placing the Complaint and related documents and records under seal until after Weiss has been
28  arrested is necessary in order to ensure the safety of the law enforcement officers who will be

United States v. Gregory Allen Weiss
Notice of Motion to Seal

1 | effecting the arrest, as well as the public, as well as to guard against possible flight by Weiss.
2 |     For the Court's convenience, the Government has enclosed herewith a proposed sealing
3 | order.

DATED:    April 17, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

By: _____
W.S. Wilson Leung
Assistant United States Attorney