```
                                            FILED
                                        2008 APR 24  PM 2:18
                                        RICHARD W. WIEKING
                                              CLERK
                                        U.S. DISTRICT COURT
                                         NO DIST OF CA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 3 08 70235 JL |
| v. ) | |
| ) | [PROPOSED] UNSEALING ORDER |
| GREGORY ALLEN WEISS, ) | |
| Defendant. ) | |
| ) | |

Upon the motion of the United States, by United States Attorney Joseph P. Russoniello and Assistant United States Attorney W.S. Wilson Leung, of counsel, it is found that:

1. Gregory Allen Weiss was charged in a sealed Complaint dated April 17, 2008, No. 3 08 70235 JL, with violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Section 2, and a warrant for his arrest was issued.

2. Gregory Allen Weiss was arrested on April 23, 2008.

3. Accordingly, it is hereby ordered that the above-referenced Complaint and arrest warrant be unsealed.

United States v. Gregory Allen Weiss
[Proposed] Unsealing Order

1    IT IS SO ORDERED.

2

3    DATED:    April 24, 2008

4                                                              HON. JAMES LARSON
                                                               Chief United States Magistrate Judge

United States v. Gregory Allen Weiss
[Proposed] Unsealing Order