1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6758
7     FAX: (415) 436-7234

8  Attorneys for the United States of America



FILED
MAY - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 08 70235 JL |
|---|---|
| v. | ) Notice Of Motion To Unseal |
| GREGORY ALLEN WEISS, | ) |
| Defendant. | ) |

The Government respectfully submits this motion to request that the above-captioned case be unsealed. The Complaint and arrest warrant in this matter charging Gregory Allen Weiss with violations of Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(A), and 846, and Title 18, United States Code, Section 2, were issued on April 17, 2008 and placed under seal. Weiss was arrested on April 23, 2008 and the Complaint and arrest warrant were unsealed at Weiss' detention hearing on April 25, 2008. However, the Government has been advised by the Clerk's office that, for administrative purposes, the case as a whole — rather than just the Complaint and arrest warrant — needs to be unsealed. Accordingly, the Government respectfully requests that the above-captioned case be unsealed.

United States v. Gregory Allen Weiss
Notice of Motion to Unseal

1  For the Court's convenience, the Government has enclosed herewith a proposed
2  unsealing order.

4  DATED:    April 30, 2008                JOSEPH P. RUSSONIELLO
                                           United States Attorney

                                    By: _____
                                           W.S. WILSON LEUNG
                                           Assistant United States Attorney

United States v. Gregory Allen Weiss
Notice of Motion to Unseal