

FILED

2008 APR 24 PM 2:18

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

1

2

3

4

5

6

7

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13   UNITED STATES OF AMERICA        )        No. 3 08 70235 JL
                                     )
14        v.                         )
                                     )        [PROPOSED] UNSEALING ORDER
15   GREGORY ALLEN WEISS,            )
                                     )
16        Defendant.                 )
                                     )
17        '                          )
                                     )
18

19        Upon the motion of the United States, by United States Attorney Joseph P. Russoniello

     and Assistant United States Attorney W.S. Wilson Leung, of counsel, it is found that:
20
          1.     Gregory Allen Weiss was charged in a sealed Complaint dated April 17, 2008,
21
     No. 3 08 70235 JL, with violating Title 21, United States Code, Sections 812, 841(a)(1),
22
     841(b)(1)(A), and 846, and Title 18, United States Code, Section 2, and a warrant for his arrest
23
     was issued.
24
          2.     Gregory Allen Weiss was arrested on April 23, 2008.
25
          3.     Accordingly, it is hereby ordered that the above-referenced Complaint and arrest
26
     warrant be unsealed.
27

28

     United States v. Gregory Allen Weiss
     [Proposed] Unsealing Order

1        IT IS SO ORDERED.

2

3    DATED:    April 24 2008

                                     HON. JAMES LARSON

4                                     Chief United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States v. Gregory Allen Weiss
[Proposed] Unsealing Order