ANN C. MOORMAN, ESQ. (CSBN 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 95482
Telephone: 707-462-1844
Facsimile: 707-468-0522

Attorney for Defendant
GREGORY ALLEN WEISS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08-70235 JL |
| Plaintiff, | ) | |
| vs. | ) | PROOF OF COMPLIANCE WITH PRE-TRIAL RELEASE CONDITIONS |
| GREGORY ALLEN WEISS, | ) | |
| Defendants. | ) | |

On April 25, 2008 Defendant Gregory Weiss appeared for his detention hearing in the above-referenced matter. The Court ordered that Mr. Weiss be released on various terms and conditions including but not limited to the posting of security in an amount not less than $600,000.00. This security is in the form of equity in real estate owned by James Weiss Sr. As evidence of compliance with the Court's conditions of release, attached hereto are copies of the executed Obligation and Deed of Trust in favor of the Clerk of Court, which was recorded in Sonoma County on May 2, 2008.

Dated: May 6, 2008

Respectfully submitted,

LAW OFFICES OF ANN C. MOORMAN

/s/ Ann C. Moorman

MAY 0 2 2008

**RECORDING REQUESTED BY:**

When Recorded Mail To:
Richard W. Wieking
Clerk of the Court
Northern District of California
450 Golden Gate Ave., Box 36060
San Francisco, California 94102

Escrow No.
Title Order No.

APN: 014-273-040

CONFORMED COPY
NOT COMPARED
WITH ORIGINAL
SONOMA COUNTY

of 040694

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

**THIS DEED OF TRUST**, made April 29, 2008, between James Weiss, Sr., herein called **TRUSTOR**, whose address is 281 Riviera Drive, San Rafael, California 94901, Richard W. Wieking, Clerk of the Court, Northern District of California, herein called **TRUSTEE**, and Richard W. Wieking, Clerk of the Court, Northern District of California, herein called **BENEFICIARY**,

**WITNESSETH:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE, that property in Sonoma County, California, described as:

1109 EVANS AVENUE, SANTA ROSA, CALIFORNIA 95405

SEE EXHIBIT A ATTACHED HERETO AND MADE A PART HEREOF.

THIS DEED OF TRUST IS EXECUTED SOLELY FOR THE PURPOSE OF POSTING BAIL IN THE CASE OF UNITED STATES OF AMERICA, plaintiff, v. GREGORY A. WEISS, defendant, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, CASE NO. 3-08-CR-070235-001.

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

**For the Purpose of Securing:** 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension or renewal thereof, in the principal sum of $600,000, executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.

FD-221B (Rev. 4/94)                                                SHORT FORM DEED OF TRUST                         INITIALS ___   ___

Page No. 1

APR 24 2008 16:42 FR                    170/5685510                    170/5685510 TO 14157834537    P.03

Title No. 08-48030078-44
Locate No. CAMT0949-0949-0001-0490107844

## LEGAL DESCRIPTION

### EXHIBIT "A"

The land referred to herein is situated in the State of California, County of Sonoma, City of Santa Rosa and is described as follows:

**Parcel One:**

A portion of the land lying, being and situate in the City of Santa Rosa, State of California, further described as being a portion of Lot Nos. 7, 8, 9 and 10, of "Montgomery Village Subdivision No. 35", filed in the Office of the County Recorder on June 5, 1962 in Book 89 of Maps, Pages 11, 12 and 13, Sonoma County Records and more particularly described as follows:

Commencing at the intersection of the centerline of Mayette Avenue and Evans Drive, as shown on the aforementioned Map, of "Montgomery Village Subdivision No. 35", from which a 1/2 inch diameter iron pin (standard City monument) bears North 75° 48' East, along the centerline of Mayette Avenue, 5.00 feet; thence North 24° 59' West, along the centerline of Evans Drive, 194.61 feet; thence South 65° 01' West, 25.00 feet to the point of beginning of the herein described parcel of real property; thence South 75° 48' West, 101.80 feet; thence North 24° 59' West, 15.78 feet; thence South 58° 46' 50" West, 9.45 feet; thence North 31° 13' 10" West, 162.99 feet; thence North 58° 46' 50" East, 39.18 feet; thence North 31° 13' 10" West, 83.69 feet; thence North 75° 48' East, 100.00 feet; thence South 24° 59' East, along the Westerly right of way of Evans Drive, 264.46 feet to the point of beginning.

**Parcel Two:**

A 10 foot wide easement for right of way purposes over and along the following described easement parcel:

Being a portion of Lot No. 7 of the aforementioned "Montgomery Village Subdivision No. 35" and beginning at the Southeast corner of the before described fourplex units parcel; thence South 75° 48' West, 76.35 feet; thence South 24° 59' East, 10.18 feet; thence North 75° 48' East, 76.35 feet; thence North 24° 59' East, along the Westerly right of way of Evans Drive, 10.18 feet to the point of beginning.

**Parcel Three:**

A 25 foot wide easement, parcel for roadway purposes over Lots 5, 6, 7, 8, 9 and 10, as shown on the aforementioned Map of, "Montgomery Village Subdivision No. 35", filed in the Office of the County Recorder on June 5, 1962 in Book 89 of Maps, Pages 11, 12 and 13, Sonoma County Records.

Excepting therefrom any portion there lying within the lines of Parcel One described herein.

**Parcel Four:**

An easement for general road purposes over the Northwesterly 10 feet of Lot 4, as said lot is shown and delineated on the Map entitled, "Montgomery Village Subdivision No. 35", filed in the Office of the County Recorder on June 5, 1962 in Book 89 of Maps, Pages 11, 12 and 13, Sonoma County Records.

**Parcel Five:**

An easement for general road purposes and incidental purposes thereto, as granted in that certain instrument entitled, "Grant of Easement and Easement Maintenance Agreement", recorded April 9, 1987 under Document No. 87-033108, Sonoma County Records.

APN: 014-273-040

CLTA Preliminary Report Form - Modified (11/17/06)

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 656 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 5039 | 124 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra Costa | 4684 | 1 | Mariposa | 90 | 463 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 83 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 78 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego | SERIES 5 Book 1994, Page 149774 | | | | | |

_____
Signature of Trustor

_____
Signature of Trustor

STATE OF CALIFORNIA           }ss
COUNTY OF  Marin              }

On  4-30-08   Sharon Jacobsen    a notary public, personally appeared  James Waubson, Sr.   proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

(This area for official notarial seal)

SHARON JACOBSEN
COMM. #1681460
NOTARY PUBLIC-CALIFORNIA
MARIN COUNTY
My Comm. Expires June 20, 2009

## OBLIGATION

I, the undersigned, represent that (1) I am the owner of the property pledged in the attached Deed of Trust; (2) the consideration for which said Deed of Trust is pledged as security is for the release of defendant Gregory A. Weiss on bail, ordered in the amount of $600,000 in <u>United States od America v. Gregory A. Weiss, CR. NO.3-08 CR-070235-001 U.S. District Court, Northern District of California;</u> (3) I FULLY UNDERSTAND THAT IF THE DEFENDANT FAILS TO COMPLY WITH THE TERMS OF THE BAIL ORDER, MY PROPERTY WILL BE FORECLOSED AND I WILL LOSE MY PROPERTY; (4) in the event bail is exonerated in said matter, said beneficiary of the Deed of Trust is authorized and requested to execute and acknowledge the Substitution of Trustee and Reconveyance document also attached hereto; (5) in the event bail is forfeited for failure to comply with the terms of the bail order, said beneficiary is authorized to request the trustee under the Deed of Trust to proceed with foreclosure under the terms of the Deed of Trust and to submit this document together with the order forfeiting bail and the Deed of trust as conclusive evidence of default.

Dated: 4/9/08

_____
JAMES WEISS, SR.