ANN C. MOORMAN, ESQ. (CSB 130144)
Law Offices of Ann C. Moorman
308 S. School Street
Ukiah, California 95482
Telephone: 707-462-1844
Facsimile:  707- 468-0522

Attorney for Defendant
GREGORY ALLEN WEISS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.:3-08-70235 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER MODIFYING TRAVEL RESTRICTION |
| GREGORY ALLEN WEISS., | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, W.S. Wilson Leung, Assistant United States Attorney and defendant, Gregory Weiss, through his counsel, Ann C. Moorman, that the condition of Defendant Wiess' pretrial release restricting his travel to the Northern District of California shall be modified to allow travel to Solano County. Defendant's Pretrial Services Officer, Timothy Elder, has no objection to this request.

IT IS SO STIPULATED.

Dated:  June 19, 2008             /s/ Ann C. Moormann
                                  ANN C. MOORMAN
                                  Counsel for Defendant Gregory Allen Weiss

Dated: June 19, 2008              /s/ W.S. Wilson Leung
                                  W.S. WILSON LEUNG
                                  Assistant United States Attorney

Stipulation and [Proposed] Order
Modifying Travel Conditions

1

1  ORDER

2     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant Weiss' pretrial

3  travel conditions be modified to include travel within the Northern District of California and Solano

4  County without prior permission.

5

6  **IT IS SO ORDERED:**

7  Dated: June 23, 2008

8  _____
   HONORABLE JAMES LARSON
   UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

Stipulation and [Proposed] Order
Modifying Travel Conditions

2