AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

### OFFENSE CHARGED

Ct. 1 -- 21 USC 841(a)(1) & (b)(1)(A) and 846
(narcotics conspiracy)
Ct. 2 -- 21 USC 841(a)(1) & (b)(1)(A) and 18
USC 2

☐ Petty
☐ Minor
☐ Misde-
meanor
☑ Felony

**DEFENDANT - U.S.**

AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GREGORY ALLEN WEISS

DISTRICT COURT NUMBER

PENALTY:

For each count: Max sentence of life imprisonment; man. min 10 years' imprisonment; max term of SR of life; man. min. 5 years' SR; max fine -- $4 million or 3 x gain/loss; $100 SA

CR 08 0528

MHP

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Joshua Craven, Special Agent, Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
  ☐ U.S. Att'y ☐ Defense

**SHOW
DOCKET NO.**

☐ this prosecution relates to a
pending case involving this same
defendant
☑ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

**MAGISTRATE
CASE NO.**

08 Mag 70235

Name and Office of Person
Furnishing Information on
THIS FORM        Joseph P. Russoniello

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    W.S. Wilson Leung

#### DEFENDANT

**IS _NOT_ IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
     If not detained give date any prior summons
     was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
     N.D.C.A.

**E-filing**

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
      charges          } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer     ☐ Yes    If "Yes"
been filed?      ☐ No      give date
                           filed

**DATE OF
ARREST**          4/23/2008        Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**          Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
                                       or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time:

Before Judge:

Comments:

# United States District Court

### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO



UNITED STATES OF AMERICA,

V.

**E-filing**          CR 08          **0528**

### GREGORY ALLEN WEISS

**MHP**

DEFENDANT(S).

## INDICTMENT

21 U.S.C. § 841(a)(1), 841(b)(1)(A), and 846 - Conspiracy To Distribute/Possess With Intent To Distribute At Least 1,000 Individual Marijuana Plants;

21 U.S.C. §841(a)(1), 841(b)(1)(A), and 18 U.S.C. §2 - Distribution/ Possession With Intent To Distribute At Least 1,000 Individual Marijuana Plants

_Indret_

A true bill.

_____
Foreman

Filed in open court this ____7____ day of _August 2008_

_____

_____
Clerk

Bail, $ _No process_

_____

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

AUG 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MHP

0528

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.: |
| | ) | |
| v. | ) | VIOLATION: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 – Conspiracy To Distribute/Possess With Intent To Distribute At Least 1,000 Individual Marijuana Plants; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2 – Distribution/Possession With Intent To Distribute At Least 1,000 Individual Marijuana Plants |
| GREGORY ALLEN WEISS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | SAN FRANCISCO VENUE |

# I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846 – Conspiracy To Distribute And Possess With Intent To Distribute At Least 1,000 Individual Marijuana Plants)

1.    From at least in or about 2003, up through and including on or about July 26, 2006, in the Northern District of California, the defendant,

GREGORY ALLEN WEISS,

and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

INDICTMENT

1        2.      It was a part and an object of the conspiracy that the defendant,

2                              GREGORY ALLEN WEISS,

3   and others known and unknown, unlawfully, intentionally, and knowingly would and did

4   distribute and possess with intent to distribute a controlled substance, to wit, at least 1,000

5   individual marijuana plants, in violation of Title 21, United States Code, Sections

6   841(a)(1) and 841(b)(1)(A).

7        All in violation of Title 21, United States Code, Section 846.

8   COUNT TWO:        (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. § 2
                      Distribution And Possession With Intent To Distribute At Least 1,000
9                     Individual Marijuana Plants)

10       3.      From at least in or about 2003, up through and including on or about July 26,

11  2006, in the Northern District of California, the defendant,

12                              GREGORY ALLEN WEISS,

13  unlawfully, intentionally, and knowingly did distribute and possess with the intent to

14  distribute a controlled substance, to wit, 1,000 or more individual marijuana plants.

15       All in violation of Title 21, United States Code, Sections 841(a)(1) and

16       841(b)(1)(A), and Title 18, United States Code, Section 2.

17  FORFEITURE ALLEGATION:        (21 U.S.C. § 853)

18       4.      The allegations of paragraphs One through Three of this Indictment are realleged

19  and incorporated herein.

20       5.      Upon a conviction of the offenses alleged in Counts One and Two above, the

21  defendant,

22                              GREGORY ALLEN WEISS

23  shall forfeit to the United States, all property constituting and derived from any proceeds

24  defendant obtained, directly and indirectly, as a result of said violation, including but not limited

25  to the following:

26              a.      approximately $26,630 seized from an office in the residence of the

27                      defendant, GREGORY ALLEN WEISS, at 310 Squirrel Hollow

28

INDICTMENT                        -2-

1        Court, Petaluma, California; and

2        b.    approximately $3,723.00 seized from the master bedroom in the

3              residence of the defendant, GREGORY ALLEN WEISS, at 310

4              Squirrel Hollow Court, Petaluma, California.

5    6.   If, as a result of any act or omission of the defendant, any of said property

6        a.    cannot be located upon the exercise of due diligence;

7        b.    has been transferred or sold to or deposited with, a third person;

8        c.    has been placed beyond the jurisdiction of the Court;

9        d.    has been substantially diminished in value; or

10       e.    has been commingled with other property which without difficulty

11             cannot be subdivided;

12   any and all interest defendant has in any other property shall be forfeited to the United States

13        All in violation of Title 21, United States Code, Section 853(a)(1) and (p).

14

15   DATED:                                    A TRUE BILL

16        $0\color{red}{08-0}\color{black}{\mathbf{9}}-08$

17                                             FOREPERSON

18

19   JOSEPH P. RUSSONIELLO
     United States Attorney

20

21

22   BRIAN J. STRETCH
     Chief, Criminal Division

23

24   (Approved as to form:                           )
                              AUSA W.S. Wilson Leung
25                                                   )

26

27

28

     INDICTMENT                          -3-