**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: August 25, 2008

Case No.   CR 08-0528  MHP                Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- GREGORY ALLEN WEISS (b);

Attorneys:   Plf: Wilson Leong
             Dft: Anne Moorman

Deputy Clerk: Anthony Bowser   Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)  Trial Setting

2)  

3)  

**ORDERED AFTER HEARING:**

Defendant present in court; Matter continued to 9/22/2008 at 10:00 am for further status conference; Excludable time found re effective preparation, voluminous discovery; Govt to submit order.