ANN C. MOORMAN, ESQ. (CSBN 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 95482
Telephone: 707-462-1844
Facsimile:  707-468-0522

Attorney for Defendant
GREGORY ALLEN WEISS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0528 MHP |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE |
| GREGORY ALLEN WEISS, | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney W.S. Wilson Leung and defendant, through his counsel, Ann C. Moorman, Esq., that the Status Conference in this matter presently set for September 22, 2008 at 10:00 a.m. shall be vacated and reset for September 29, 2008 at 10:00 a.m.  The additional time requested will allow counsel to further review the discovery produced thus far and to effectively prepare to set further dates in this matter.

The parties further stipulate to the exclusion of time under the Speedy Trial Act to and including September 29, 2008 for the same reasons set forth in the Stipulation and Order excluding time that was approved by the Court on September 9, 2008.

Dated: September 17, 2008

/s/
W.S. WILSON LEUNG
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order Resetting Status Conference

| | | |
|---|---|---|
| 1 | Dated: September 17, 2008 | LAW OFFICES OF ANN C. MOORMAN |
| 2 | | |
| 3 | | By_____/s/_____<br>ANN C. MOORMAN<br>Counsel for Defendant GREGORY WEISS |

**ORDER**

BASED UPON THE ABOVE STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Status Conference presently set for September 22, 2008 in the above-referenced case shall be continued until September 29, 2008 at 10:00 a.m. For the reasons provided in the Stipulation and Order filed by the parties on September 8, 2008 and approved by this Court on September 9, 2008, time between September 22, 2008 and September 29, 2008 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: _9/19/2008_____

THE HONORABLE MARILYN HALL PATEL
United States District Court Judge
Northern District of California

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation and Order Resetting Status Conference

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order Resetting Status Conference