1  ANN C. MOORMAN (CSB 130144)
   Law Offices of Ann C. Moorman
2  308 S. School Street
   Ukiah, California
3  Telephone: 707-462-1844
   Facsimile:  707-468-0522
4
   Attorney for Defendant
5  GREGORY ALLEN WEISS

6

7

8

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,           )   Case No.  CR 08-0528 MHP
13                                     )
              Plaintiff,                )
14                                     )   STIPULATION AND [~~PROPOSED~~]
       v.                              )   ORDER PERMITTING TRAVEL
15                                     )
   GREGORY ALLEN WEISS,                )
16                                     )
              Defendant.                )
17 _____)

18     IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United

19 States Attorney W.S. Wilson Leung and defendant, through his counsel, Ann C. Moorman, that

20 Defendant Weiss shall be permitted to travel by car outside the Northern District of California to

21 Tahoe City (Squaw Valley), California departing on January 2, 2009 and returning January 4, 2009.

22 Defendant Weiss' Pretrial Services Officer Tim Elder has no objection to this request and will be

23 provided information regarding the defendant's accommodations while out of the District.  The

24 defendant acknowledges that should he not return to the District and report to Mr. Elder as directed,

25 the security now posted with the Court as a condition of his pretrial release shall be forfeited to the

26 United States.

27

28
   Stipulation and [Proposed] Order
   Permitting Travel

1  STIPULATED:

2  Dated: December 30, 2008                    /s/ W.S. Wilson Leung
                                               W.S. WILSON LEUNG
3                                              Assistant United States Attorney
                                               Attorney for Plaintiff
4

5
   Dated: December 30, 2008                    LAW OFFICES OF ANN C. MOORMAN
6

7
                                               /s/ Ann C. Moorman
8                                              ANN C. MOORMAN, ESQ.
                                               Counsel for Defendant Gregory Weiss
9

10

11
                                    **ORDER**
12
        BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT
13
   IS HEREBY ORDERED THAT Defendant Weiss shall be permitted to travel by car outside the
14
   Northern District of California to Tahoe, California departing on January 2, 2009 and returning
15
   January 4, 2009. Furthermore, the defendant, shall continue to comply with any and all reporting
16
   requirements of Pretrial Services while outside the Northern District.
17
   IT IS SO ORDERED.
18
19 Dated: 12/31/08
                                               _____
                                               HONORABLE EDWARD M. CHEN
20                                             United States District Court Magistrate Judge
                                               Northern District of California
21

22

23

24

25

26

27

28 Stipulation and [Proposed] Order
   Permitting Travel                    2