1  ANN C. MOORMAN (CSB 130144)
   Law Offices of Ann C. Moorman
2  308 S. School Street
   Ukiah, California
3  Telephone:  707-462-1844
   Facsimile:   707-468-0522
4
   Attorney for Defendant
5  GREGORY ALLEN WEISS

6

7

8

9                  UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        )   Case No.  CR 08-0528 MHP
                                     )
14          Plaintiff,                )
                                     )   STIPULATION AND [PROPOSED]
15      v.                           )   ORDER MODIFYING BRIEFING
                                     )   SCHEDULE
16  GREGORY ALLEN WEISS,             )
                                     )
17          Defendant.                )
    _____)

18      IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United

19  States Attorney W.S. Wilson Leung and defendant, through his counsel, Ann C. Moorman, that

20  Defendant Weiss' motions previously set to be filed on or before January 1, 2009 shall now be filed

21  on or before January 5, 2009.  All other dates previously scheduled by the Court shall remain as set.

22  STIPULATED:

23

24  Dated: December 30, 2008                    /s/ W.S. Wilson Leung
                                                W.S. WILSON LEUNG
25                                              Assistant United States Attorney
                                                Attorney for Plaintiff
26

27

28  Stipulation and [Proposed] Order
    Modifying Briefing Schedule

Dated: December 30, 2008                           LAW OFFICES OF ANN C. MOORMAN

                                                  /s/ Ann C. Moorman
                                             ANN C. MOORMAN, ESQ.
                                             Counsel for Defendant Gregory Weiss

**ORDER**

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Weiss' motions previously set to be filed on or before January 1, 2009 shall now be filed on or before January 5, 2009. All other dates previously scheduled by the Court shall remain as set.

IT IS SO ORDERED.

Dated:   1/5/2009

HONORABLE MARILYN HALL PATEL
United States District Judge
Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*

Stipulation and [Proposed] Order
Modifying Briefing Schedule                           2