1  ANN C. MOORMAN, ESQ. (CSB 130144)
   Law Offices of Ann C. Moorman
2  308 S. School Street
   Ukiah, California 95482
3  Telephone: 707-462-1844
   Facsimile:  707- 468-0522
4
   Attorney for Defendant
5  GREGORY ALLEN WEISS

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,       )   No. CR 08- 0528 MHP
                                   )
12           Plaintiff,            )
                                   )   STIPULATION AND [PROPOSED]
13      v.                         )   ORDER RESETTING HEARING DATE
                                   )
14 GREGORY ALLEN WEISS.,           )
                                   )
15           Defendant.            )
   _____)

16      IT IS HEREBY STIPULATED between the plaintiff, through its counsel, W.S. Wilson

17 Leung, Assistant United States Attorney and defendant, Gregory Weiss, through his counsel, Ann C.

18 Moorman, that the hearing in connection with defendant Weiss' Motion to Suppress Evidence (Doc

19 37) filed on January 5, 2009 shall be heard on March 2, 2009 at 11:00 a.m.  The parties recently

20 agreed to a change in the briefing schedule and the Court selected February 23, 2009 as the date for

21 the hearing in light of the new briefing schedule.  Counsel for defendant Weiss is set to commence a

22 five day preliminary hearing on February 23, 2009 in a homicide case in Sonoma County.  This

23 hearing was specially set in December 2008 and would be difficult to reschedule as this time.  For

24 this reason, the parties request that the Court re-set the hearing date to March 2, 2009.

25      IT IS SO STIPULATED.

26 Dated:  January 23, 2009              /s/ Ann C. Moormann
                                         ANN C. MOORMAN
27                                       Counsel for Defendant Gregory Allen Weiss

28

Stipulation and [Proposed] Order
Resetting Hearing Date
                                        1

Dated: January 23, 2009     /s/ W.S. Wilson Leung
W.S. WILSON LEUNG
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing on Defendant Weiss' Motion to Suppress Evidence and Traverse the Warrant shall be reset from February 23, 2009 to March 2, 2009 at 11:00.

**IT IS SO ORDERED:**

Dated: 1/26/2009

HON. MARILYN H. PATEL
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED — Judge Marilyn H. Patel*