ANN C. MOORMAN (CSB 130144)
Law Offices of Ann C. Moorman
308 S. School Street
Ukiah, California
Telephone: 707-462-1844
Facsimile: 707-468-0522

Attorney for Defendant
GREGORY ALLEN WEISS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 08-0528 MHP |
| Plaintiff, ) | |
| v. ) | AMENDED STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE |
| GREGORY ALLEN WEISS, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney W.S. Wilson Leung and defendant, through his counsel, Ann C. Moorman, that Defendant Weiss' Reply Memorandum, in connection with his Motion to Suppress Evidence (Doc. 37) filed on January 5, 2009, previously set to be filed on or before February 9, 2009 shall now be filed on or before February 16, 2009. The hearing on this motion scheduled for March 2, 2009 shall remain as set. This Stipulation modifies and amends the prior Stipulation filed on February 6, 2009 (Doc. 45.)

STIPULATED:

Dated: February 10, 2009                    /s/ W.S. Wilson Leung
                                            W.S. WILSON LEUNG
                                            Assistant United States Attorney

Stipulation and [Proposed] Order
Modifying Briefing Schedule

Attorney for Plaintiff

Dated: February 10, 2009             LAW OFFICES OF ANN C. MOORMAN

       /s/ Ann C. Moorman
ANN C. MOORMAN, ESQ.
Counsel for Defendant Gregory Weiss

**ORDER**

BASED UPON THE ABOVE STIPULATION AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant Weiss' reply, previously set to be filed on or before February 9, 2009, shall now be filed on or before February 16, 2009. The hearing on this motion scheduled for March 2, 2009 shall remain as set.

IT IS SO ORDERED.

Dated:  2/11/2009

HONORABLE
United States
Northern District

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stipulation and [Proposed] Order
Modifying Briefing Schedule                2