1 ANN C. MOORMAN, ESQ. (CSB 130144)
Law Offices of Ann C. Moorman
2 308 S. School Street
Ukiah, California 95482
3 Telephone: 707-462-1844
Facsimile: 707- 468-0522
4
Attorney for Defendant
5 GREGORY ALLEN WEISS

6

7 UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 SAN FRANCISCO DIVISION

10
UNITED STATES OF AMERICA,                )    No. CR 08- 0528 MHP
11                                        )
        Plaintiff,                        )
12                                        )    STIPULATION AND [PROPOSED]
   v.                                     )    ORDER RESETTING EVIDENTIARY
13                                        )    HEARING DATE
GREGORY ALLEN WEISS.,                     )
14                                        )
        Defendant.                        )
15 _____)

16     IT IS HEREBY STIPULATED between the plaintiff, through its counsel, W.S. Wilson

17 Leung, Assistant United States Attorney and defendant, Gregory Weiss, through his counsel, Ann C.

18 Moorman, that the evidentiary hearing in connection with defendant Weiss' Motion to Suppress

19 Evidence (Doc 37) filed on January 5, 2009 shall be heard on April 9, 2009 at 9:00 a.m.

20
IT IS SO STIPULATED.
21
Dated: March 19, 2009                         /s/ Ann C. Moorman
22                                             ANN C. MOORMAN
                                               Counsel for Defendant Gregory Allen Weiss
23

24 Dated: March 19, 2009                        /s/ W.S. Wilson Leung
                                               W.S. WILSON LEUNG
25                                             Assistant United States Attorney

26

27

28
Stipulation and [Proposed] Order
Resetting Hearing Date
                                              1

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the evidentiary hearing on Defendant Weiss' Motion to Suppress Evidence and Traverse the Warrant shall be heard April 9, 2009 at 9:00 a.m..

**IT IS SO ORDERED:**

Dated: 3/24/2009

_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT



Stipulation and [Proposed] Order
Resetting Hearing Date