JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG  (CABN 190939)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-6758
   Fax: (415) 436-6753
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-0528-MHP |
| v. | ) | NOTICE OF DISMISSAL |
| GREGORY ALLEN WEISS, | ) | (San Francisco Venue) |
| Defendant. | ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment with prejudice.

DATED: April 14, 2009                          Respectfully submitted,

                                                       JOSEPH P. RUSSONIELLO
                                                       United States Attorney

                                                       /S/
                                                       _____
                                                       BRIAN J. STRETCH
                                                       Chief, Criminal Division

NOTICE OF DISMISSAL (CR 08-0528-MHP)

1 | Leave is granted to the Government to dismiss the indictment with prejudice.

4 | Date: April __15__, 2009

IT IS SO ORDERED

Judge Marilyn H. Patel

2