1  ANN C. MOORMAN, ESQ. (CSBN 130144)
   LAW OFFICES OF ANN C. MOORMAN
2  308 S. School Street
   Ukiah, California 95482
3  Telephone: 707-462-1844
   Facsimile:  707-468-0522
4
   Attorney for Defendant
5  GREGORY ALLEN WEISS

6

7

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13

14 | UNITED STATES OF AMERICA,           )   No CR 08-0528 MHP.
                                         )
15 |         Plaintiff,                  )   [PROPOSED] ORDER EXONERATING
           vs.                           )   SECURITY BOND
16 |                                     )
   | GREGORY ALLEN WEISS,                )
17 |                                     )
   |         Defendant.                  )
18 | _____     )

19         GOOD CAUSE HAVING BEEN SHOWN by the dismissal with prejudice of the indictment

20  returned in this matter [Doc 53], the Court hereby Orders the bond set as a condition for Mr. Weiss'

21  release pretrial is hereby exonerated and the Clerk of the Court is instructed to reconvey forthwith its

22  interest in the security posted as a condition to said bond.

23         IT IS SO ORDERED.

24   Dated:  5/19/2009

25                                               HONORABLE MARILYN H. PATEL
                                                 United States District Judge
26                                               Northern District of California

27

28

   Order Exonerating Bond

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*